**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR. NO. MO-14-MJ-331** |
| | ) | |
| **RICHARD RYAN VETTER** | ) | |

## MOTION FOR DISMISSAL OF COMPLAINT

The United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves for dismissal of the Complaint <u>without prejudice</u> against RICHARD RYAN VETTER.

WHEREFORE, premises considered, the Government moves the Court to dismiss the Complaint against RICHARD RYAN VETTER without prejudice.

<div style="margin-left:50%">

Respectfully Submitted,
RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTORNEY


By:     <u>/s/ AUSTIN M. BERRY</u>
Assistant United States Attorney
400 West Illinois, Suite 1200
Midland, Texas 79701
432-686-4110
432-686-4124 (Fax)

</div>

## Certificate of Service

I hereby certify that on January 8, 2015, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of the document to be delivered to counsel for Defendant.


    /s/ AUSTIN M. BERRY    
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR. NO. MO-14-MJ-331** |
| | ) | |
| **RICHARD RYAN VETTER** | ) | |

## ORDER OF DISMISSAL OF COMPLAINT

ON THIS DATE came on to be considered the Government's Motion to Dismiss the

Complaint against RICHARD RYAN VETTER without prejudice in the above-numbered

and styled cause and the Court after considering same is of the opinion that said motion

should be GRANTED.

IT IS, THEREFORE, ORDERED that the Complaint against RICHARD RYAN

VETTER be and is hereby DISMISSED without prejudice.

SIGNED and ENTERED this the _____ day of _____, 2015.


_____
ROBERT JUNELL
United States District Judge